■ BENJAMIN RUSH EMPLOYEES UNITED, Appellant, v FRANCIS J. MCCARTHY, JR., Doing Business as BENJAMIN RUSH CENTER, Respondent.—Order unanimously affirmed with costs

for reasons stated in memorandum decision at Supreme Court, Stone, J. (Appeal from order of Supreme Court, Onondaga County, Stone, J.—arbitration.) Present—Dillon, P. J., Denman, Green, Pine and Balio, JJ.